# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00233-CV

---

### In re Luke Masood Arabzadegan

---

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Luke Masood Arabzadegan asks this Court to issue a writ of mandamus compelling the Travis County District Clerk to file motions he had sent to the clerk and compelling the district court to rule on those motions.

This Court does not have mandamus jurisdiction over the district clerk. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. The district clerk is not a party against whom we have the power to issue a writ of mandamus. Nor has relator demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. We have no jurisdiction to grant relator the relief he seeks against the district clerk. *See In re Potts*, 357 S.W.3d 766, 768 (Tex. App.—Houston [14th Dist.] 2011, no pet.).

Relator's request that we order the trial court to rule on motions relator signed February 20, 2026, lacks merit.

We dismiss the petition for writ of mandamus as it addresses the district clerk for want of jurisdiction.  We deny the petition for writ of mandamus as it addresses the district court.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Crump

Filed:   March 11, 2026